UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>      vs.<br><br>JUN LOU,<br><br>               Defendant. | Mag. No.12-MJ-0269-RJJ<br><br><s>PROPOSED</s> **ORDER STAYING<br>MAGISTRATE'S MAY, 7, 2012 ORDER** |

The Court being fully advised and at the request of the United States for an Emergency Review of the Magistrate's <s>December 28, 2010</s> May 7, 2012 Order <s>Unsealing the Complaint</s> in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Government's Motion for Review is GRANTED; and it is

**FURTHER ORDERED** that the Magistrate Judge's May 7, 2012 Order finding that the government did not meet its burden under Rule 5 and its Order releasing the Defendant is STAYED; and it is

**FURTHER ORDERED** that this Court Shall have a hearing on the sufficiency of the Government's evidence establishing identity on May 22, 2012, 9 AM.

DATED this 7th day of May 2012.

                                                                       UNITED STATES DISTRICT JUDGE