# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No.12-MJ-0269-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ~~PROPOSED~~ ORDER STAYING |
| ) | MAGISTRATE'S MAY, 7, 2012 ORDER |
| JUN LOU, ) | |
| ) | |
| Defendant. ) | |

The Court being fully advised and at the request of the United States for an Emergency Review of the Magistrate's ~~December 28, 2010~~ May 7, 2012 Order ~~Unsealing the Complaint~~ in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Government's Motion for Review is GRANTED; and it is

**FURTHER ORDERED** that the Magistrate Judge's May 7, 2012 Order finding that the government did not meet its burden under Rule 5 and its Order releasing the Defendant is STAYED; and it is

**FURTHER ORDERED** that this Court Shall have a hearing on the sufficiency of the Government's evidence establishing identity on May 22, 2012, 9 AM.

**DATED** this 7th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE

4