# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUN LOU,<br><br>    Defendant. | 2:12-cv-763-KJD-RJJ, formerly<br><br>Mag. No. 12-MJ-0269-RJJ<br><br>**AMENDED ORDER** |

Presently before the Court is the United States' Emergency Motion for Review of Magistrate's May 7, 2012 Ruling that the Government Did Not Prove Defendant's Identity Under Fed. R. Crim. P. 5 (#10).

IT IS HEREBY ORDERED that the Government's Motion for Review is **GRANTED**;

IT IS FURTHER ORDERED that the Magistrate Judge's May 7, 2012 Order finding that the Government did not meet its burden under Rule 5 and its Order releasing Defendant is **STAYED**;

IT IS FURTHER ORDERED that this Court shall have a hearing on the sufficiency of the Government's evidence establishing identity on May 22, 2012, at 9:00 a.m. in Courtroom 6D.

DATED this 8th day of May 2012.

_____
Kent J. Dawson
United States District Judge